IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WALTER R. WEST,**
    **Plaintiff,**

**v.**                                  **No: 5:06cv119/SPM/MD**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
    **Defendant.**

_____

## REPORT AND RECOMMENDATION

This matter is before the court on referral by the clerk. This action was commenced on June 6, 2006. Process was never served. On January 23, 2007 the court ordered plaintiff's counsel to show cause why the matter should not be dismissed for failure to prosecute (doc. 6). Plaintiff's counsel responded, indicating that he had lost touch with the plaintiff although he had written him several times (doc. 7). The court then ordered counsel to make one last attempt to locate his client (doc. 8). Counsel has now responded, stating that he has talked to the plaintiff, and that plaintiff has told him that he does not wish to pursue the matter. He asks the court to dismiss the case (doc. 9).

Accordingly, it is respectfully RECOMMENDED that this action be DISMISSED without prejudice, and that the clerk be directed to close the file.

At Pensacola, Florida this 2nd day of March, 2007.

/s/ *Miles Davis*
        **MILES DAVIS**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**