IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WALTER WEST,**

    **Plaintiff,**

**vs.**                                                                    **5:06-CV-119-SPM**

**MICHAEL ASTRUE,**[1]
**Acting Commissioner of**
**Social Security,**

    **Defendant.**
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 10) dated March 2, 2007, which indicates that Plaintiff's counsel has been advised by his client that he wishes to dismiss the matter.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 10) is

---

[1] On February 12, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d)(1), he will be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

adopted and incorporated by reference in this order.

2. The complaint (doc. 1) is hereby *dismissed* without prejudice.

**DONE AND ORDERED** this <u>fifth</u> day of April, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge